JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| CYMEYON VICTOR HILL, | No. CV 25-10022-JLS(E) |
|---|---|
| Plaintiff, | |
| v. | JUDGMENT |
| PSYCHIATRIC TECHNICIAN/NOC SHIFT LEAD UNIT 23, REGINA, | |
| Defendant. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed without prejudice.

Dated:  June 24, 2026.

_____
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE